UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE BARTLETT,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN DAVIS TRUCKING COMPANY, INC.,<br><br>        Defendant. | Case No. 2:13-cv-01703-GMN-NJK<br><br>**ORDER GRANTING REQUEST FOR STAY** |

The Court has received the parties' Joint Notice of Pending Settlement and Request for Stay Pending Settlement Finalization. Docket No. 20. For good cause shown, the Court approves the Stipulation, and hereby **ORDERS** that the instant case is stayed for forty-five (45) days, up through and including July 19, 2014. Should the matter not settle by the date, the parties are further **ORDERED** to submit a joint status report within seven (7) days of the lifting of the stay.

IT IS SO ORDERED.

DATED: June 4, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge