MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
**THE BOURASSA LAW GROUP, LLC**
8668 Spring Mountain Rd., Suite 101
Las Vegas, Nevada 89117
Tel: (702) 851-2180
Fax: (702) 851-2189
Email: mbourassa@bourassalawgroup.com
trichards@bourassalawgroup.com

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE BARTLETT, an individual, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DAVIS TRUCKING COMPANY, INC., a Nevada corporation<br><br>Defendant. | Case No.: 2:13-cv-01703-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

### STIPULATION AND ORDER FOR DMSMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED to by Plaintiff, GEORGE BARTLETT and Defendant JOHN DAVIS TRUCKING COMPANY, INC., by and through their respective counsel of record, that the above-entitled matter is hereby dismissed in its entirety with prejudice, with each

///

///

///

///

///

///

///

- 1 -

of the parties to bear their own attorney's fees and costs.

**AGREED AND ACCEPTED:**

| **Plaintiff:** | **Defendant:** |
|---|---|
| DATED this 23rd day of July, 2014 | DATED this 23rd day of July, 2014 |
| THE BOURASSA LAW GROUP, LLC. | MURCHISON & CUMMING |
| By: */s/ Mark J. Bourassa, Esq.* _____ | By: */s/ Saria L. Brown, Esq.* _____ |
| MARK J. BOURASSA, ESQ.<br>Nevada Bar No. 7999<br>TRENT L. RICHARDS, ESQ.<br>Nevada Bar No. 11448<br>8668 Spring Mountain Rd., Suite 101<br>Las Vegas, Nevada 89117<br>Tel: (702) 851-2180<br>*Attorneys for Plaintiff* | MICHAEL J. NUNEZ, ESQ.<br>Nevada Bar No. 10703<br>SARAI L. BROWN, ESQ.<br>Nevada Bar No. 11067<br>6900 Westcliff Dr, Suite 605<br>Las Vegas NV 89145<br>Tel: (702) 360-3956<br>*Attorneys for Defendant* |

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 07/25/2014**

- 2 -